UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

AGAPE WORLD, INC., *et al.,*

                                      Debtors.
-------------------------------------------------------------x
KENNETH P. SILVERMAN, ESQ., as
Chapter 7 Trustee of Agape World, Inc., *et al.,*

                                      Plaintiff,

   -against-

CHRISTOPHER MCMULLEN,

                                      Defendant.
-------------------------------------------------------------------x

Chapter 7
Case No.: 09-70660 (AST)
(substantively consolidated)

Adv. Pro. No.: 10-09012 (AST)

**ORDER DIRECTING ENTRY OF A**
**DEFAULT JUDGMENT AGAINST CHRISTOPHER MCMULLEN**

Upon the Notice of Presentment (the "Notice") dated June 5, 2014 of Kenneth P. Silverman, Esq., as chapter 7 trustee of the substantively consolidated bankruptcy estate of Agape World, Inc., *et al.* ("Plaintiff"), by his counsel, SilvermanAcampora LLP, seeking an order directing entry of a default judgment against Christopher McMullen ("Defendant"); and upon the Declaration of David J. Mahoney (the "Declaration"), dated June 5, 2014, and the exhibits annexed thereto (collectively with the Notice and Declaration, the "Motion") and upon the affidavit of service of the Motion on file with the Court; and no objection to the Motion having been interposed; and Plaintiff being entitled to judgment against Defendant in the amount of Seventy-Five Thousand Two Hundred Sixty-Seven and 98/100 ($75,267.98) Dollars; and further notice being neither necessary nor required; and after due deliberation and consideration of all of the facts and circumstances herein; and Plaintiff having demonstrated his *prima facie* entitlement to a default judgment; it is hereby:

**ORDERED,** that the Motion is granted; and it is further

**ORDERED**, that Kenneth P. Silverman, Esq., as Chapter 7 Trustee of the substantively consolidated bankruptcy estate of Agape World, Inc., *et al.*, shall have judgment against Christopher McMullen in the amount of $75,267.98.

**SO ORDERED:**



**Dated: July 17, 2014**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**